IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM JESSE ARNETT                                                                                    PLAINTIFF

v.                                        Case No.  08-5009

DEPUTY THOMPSON,
Benton County Detention Center                                                                      DEFENDANT

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **May 5, 2008.**  Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 4th day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE