```
      IN THE UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

**WILLIAM JESSE ARNETT**                                             **PLAINTIFF**

      v.            Civil No. 08-5009

**DEPUTY THOMPSON, ET AL.**                                          **DEFENDANTS**

### O R D E R

Now on this 6th day of August, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #42), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby dismissed pursuant to Federal Rule Civil Procedure 41(b).

**IT IS SO ORDERED.**

                                             **/s/ Jimm Larry Hendren**
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**